FIRST DEPARTMENT, NOVEMBER, 1979

(November 1, 1979)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICKOLA LEKUTANAJ, Appellant.—Judgment, Supreme Court, Bronx County, rendered on December 13, 1978, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Murphy, P. J., Sullivan, Bloom, Lupiano and Ross, JJ.

■ EDWARD E. SCHROTH, Petitioner, v STATE HUMAN RIGHTS APPEAL BOARD et al., Respondents.—Determination of the State Human Rights Appeal Board, dated March 14, 1978, unanimously confirmed, and the motion to dismiss the petition dismissed as academic, without costs and without disbursements. No opinion. Concur—Murphy, P. J., Kupferman, Birns, Silverman and Sullivan, JJ.